USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

PAUL JACKSON, JR., on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

TYME GLOBAL TECHNOLOGIES, LLC, TYME GLOBAL, LLC, and RYAN LEVIN,

        Defendants.

------------------------------------------------------------------------ X

No. 23 Civ. 5457 (GHW) (JLC)

[PROPOSED] JUDGMENT

**WHEREAS**, an Acceptance of Offer of Judgment pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff Paul Jackson, Jr. ("Plaintiff") on March 18, 2024, it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff and against Defendant Tyme Global Technologies, LLC in the amount of $15,000.00, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's claims in this action.

SO ORDERED.

Dated: March 18, 2024
New York, New York

                                      GREGORY H. WOODS
                                      United States District Judge